UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Alvin Peterson_

12 CV 05674

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Police Officer Efram Lugo,_
_7th Pct NYC Police Dept,_
_Police Officer Ducret,_
_7th Pct NYC Police Dept,_
_NYC Police Department, and_
_The City of New York_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
SDNY PRO SE OFFICE
2012 JUL 20 P 4:05

**I.    Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Alvin Peterson_
            ID # _349-12-04045_
            Current Institution _AMKC   C-95_
            Address _18-18 Hazen St._
            _East Elmhurst, New York 11370_

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name P.O. Efram Lugo _____ Shield # _____
Where Currently Employed NYPD 7th PCT. _____
Address 19½ Pitt Street _____
New York, NY 10002 _____

Defendant No. 2   Name P.O. Ducret _____ Shield # _____
Where Currently Employed NYPD 7th Pct _____
Address 19½ Pitt Street _____
New York, NY 10002 _____

Defendant No. 3   Name New York City Police Dept. __ Shield # _____
Where Currently Employed NYPD City of New York _____
Address One Police Plaza _____
New York, NY 10038 _____

Defendant No. 4   Name City of New York _____ Shield # _____
Where Currently Employed City of New York _____
Address 1 Centre Street _____
New York, NY 10007 _____

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
None

B.   Where in the institution did the events giving rise to your claim(s) occur? _____
None

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
August 9, 2009 — April 10, 2010

D.  Facts:

*What happened to you?*

*Who did what?*

See Attached Facts

*Was anyone else involved?*

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintiff suffered depression, stress, heightened anxiety & mental anguish & loss of liberty.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ✓

Attached

## Facts

On or about August 13, 2009, plaintiff was arrested while obtaining the mail from his mailbox and falsely charged with selling a controlled substance in the third degree to another individual, and possession of a controlled substance in the third degree for drugs that was allegedly found on the floor, and possession of a controlled substance that was allegedly found in the waist band of sweatpants it was alleged plaintiff was wearing.

Plaintiff maintained his innocence and proceeded to trial on the charges of Criminal Sale and Possession of a Controlled Substance in the Third Degree that were originally filed, and was found not guilty, but was found guilty of the lesser included offense of Criminal Possession of a Controlled Substance in the Seventh Degree, and was sentenced to one year of imprisonment, due to the false testimony of defendant Ducret, that plaintiff had 4 bags of heroin in the waistband of his sweatpants, when the evidence showed that plaintiff did not have on any sweatpants.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No __✓__   Do Not Know ____   N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No __✓__   Do Not Know ____   N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No __✓__   N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No __✓__   N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A
_____

1. Which claim(s) in this complaint did you grieve? _____
N/A
_____

2. What was the result, if any? _____
N/A
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____ N/A _____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

Claim did not occur in a facility.
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _plaintiff contacted the Civilian Complaint Review Board and NYPD Internal Affairs, by telephone and left messages, but never received a response._

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _Plaintiff respectfully request Compensatory Damages in the amount of $5,000,000 against each of the named defendants in their individual and official Capacities._

_Punitive Damages in the amount of $10,000,000 against each of the named defendants in their individual and official Capacities._

_Grant such other and further relief that this court may deem just and proper to which plaintiff may be entitled._

VI. **Previous lawsuits:**

<div style="margin-left: 2em;">**On these claims**</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☒   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓   No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Alvine Peterson_

Defendants _P.O. Matthew ReGina, et al._

2. Court (if federal court, name the district; if state court, name the county)
_U.S. District Court, Southern District of New York_

3. Docket or Index number _10-CV-1692 (JSR)(GWG)_

4. Name of Judge assigned to your case _Hon. Jed Rakoff_

5. Approximate date of filing lawsuit _March 2010_

6. Is the case still pending? Yes ✓ No ____

   If NO, give the approximate date of disposition _____

Rev. 05/2007                                                6

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of June, 2012.

        Signature of Plaintiff  *Alvin Peterson*

        Inmate Number  349-12-04045

        Institution Address  AMKC  C-95

        18-18 HAZEN ST.

        EAST Elmhurst, NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 16th day of June, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

        Signature of Plaintiff: *Alvin Peterson*





Mr. M. Peter #2in 12-04045
18-18 Hagen St.
East Elmhurst, NY 11370

Pro Se, Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Legal Mail

Legal Mail