DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/25/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
2014 JUN 25 P 11:48
US DISTRICT COURT SDNY

_____

ALVIN PETERSON
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Police Officer Efram Lugo, Shield
#4345, NYPD 7th Pct.

Police Officer Anton Ducret,
Shield #11016, NYPD 7th Pct.

City of New York
_____

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes ☐ No
(check one)

12 Civ. 5674 (LTS)

JUN 26 2014

PRO SE OFFICE

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  Alvin Peterson
              ID#
              Current Institution
              Address  230 Clinton St. #13E
                       New York, N.Y. 10002

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  P.O. Efram Lugo                Shield # 4345
                  Where Currently Employed  NYPD 7th Pct.
                  Address  19½ Pitt Street
                           New York, NY 10002

Defendant No. 2   Name P.O. ANTON DUCRET    Shield # 1016
                  Where Currently Employed NYPD 7th Pct.
                  Address 19½ Pitt Street
                  New York, NY 10002

Defendant No. 3   Name City of New York    Shield # _____
                  Where Currently Employed City of New York
                  Address One Centre Street
                  New York, NY 10007

**Who did what?**

Defendant No. 4   Name _____    Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____    Shield # _____
                  Where Currently Employed _____
                  Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?

   NONE

B.   Where in the institution did the events giving rise to your claim(s) occur?

   NONE

C.   What date and approximate time did the events giving rise to your claim(s) occur?

   August 13, 2009 — April 10, 2010

D.   Facts: See Attached

**What happened to you?**

*Rev. 01/2010*                                    2

_____
_____
_____
_____
_____
_____
_____
_____ *See Attached Facts* _____
_____

> Was anyone else involved?

_____
_____
_____
_____

> Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

*Plaintiff suffered hightened anxiety, stress, depression, mental anguish and loss of liberty.*

_____
_____
_____
_____

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    Yes ____   No __✓__

## Attached Facts

1. On August 13, 2009 at or about 12:35 pm while plaintiff was getting his mail out of his mailbox he was talking to an individual named Michael Maldonado, when officer Lugo, officer Mejia and Sgt. Torres entered the building and directed plaintiff and Mr. Maldonado to put their hands up against the mailbox.

2. Officer Lugo then took the mail out of plaintiff's hand and placed it back into the mailbox, locked it and put the keys in plaintiff's pocket. Then officer Lugo and officer Mejia took a female by the name of Lisa who was also in the lobby, to the staircase, when they returned they allowed her to leave stating to her, "it's your lucky day."

3. Thereafter, plaintiff and Mr. Maldonado were handcuffed and taken to the 7th Pct. Officer Lugo falsely charged plaintiff with exchanging a bag of heroin with Michael Maldonado for $10.00, and throwing seven other bags of heroin to the ground, trespassing and possessing 4 additional bags of heroin which officer Ducret falsely claimed he recovered from the waistband of plaintiff's sweatpants upon a search at the 7th Pct, when in fact, officer Ducret never searched plaintiff. Further, plaintiff was not wearing sweatpants.

3(a)

4. Plaintiff maintained his innocence and proceeded to trial on the charges of Criminal Sale of a Controlled Substance in the Third Degree, and Criminal Possession of a Controlled Substance in the Third Degree, as he did not sell nor possess any drugs, nor was he trespassing as he was living in the building with a friend.

5. At the trial, officer Lugo falsely testified that he observed a hand to hand transaction between plaintiff and Mr. Maldonado of alleged heroin and $10.00, and that he held Mr. Maldonado's left hand while his partner officer Mejia recovered the bag of heroin from Mr. Maldonado's left hand, and that plaintiff dropped seven other bags of heroin to the ground.

6. Officer Mejia testified that he did not observe any exchange or anything else between plaintiff and Mr. Maldonado, and that he did not recover anything nor a bag of heroin from Mr. Maldonado's hand, and that he did not see plaintiff in possession of anything.

7. Officer Ducret falsely testified that upon his search of plaintiff at the 7th Pct, he recovered 4-glassines of heroin from the waistband of plaintiff's sweatpants.

3(b)

8. Mr. Maldonado testified on behalf of plaintiff and testified that plaintiff did not sell him any heroin, that he had brought the bag of heroin from Jisa, and that he did not see any drugs on the ground. Further, prior to the trial Mr. Maldonado had written a notarized statement stating that plaintiff did not sell him any drugs.

9. During the trial it was proven that plaintiff did not have on any sweatpants and officer Lugo testified that he did not note sweatpants on plaintiff's arrest report or any other paperwork. But further testified under cross examination that Mr. Maldonado was the one who in fact had on sweatpants.

10. The defendants have testified that their actions and inactions were based upon the training they received thereby making the City of New York liable for their actions and inactions, as the City of New York setforth the training guidelines etc., to the Police Dept. and it's officers

11. Plaintiff hereby reserve the right to file a response to any motions the defendants may file in opposition to this complaint, so that he can produce the court transcripts of the trial proceedings to support his claims.

3(c)

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ✓ Do Not Know ____     N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____     N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓     N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓     N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?     N/A
_____

1. Which claim(s) in this complaint did you grieve?   N/A
_____
   N/A
_____

2. What was the result, if any?   N/A
_____
   N/A
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
_____
   N/A
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   Plaintiff was falsely arrested in his apartment building while obtaining his mail, as such, the claim did not occur in a facility from the onset.

*Rev. 01/2010*                                          4

_but as a result of the false arrest and imprisonment, plaintiff experienced heightened anxiety, stress, depression, mental anguish & loss of liberty._

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

   _Plaintiff contacted the civilian Complaint Review Board and NYPD Internal Affairs by telephone and left message, but never received a response._

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _Plaintiff respectfully request Compensatory Damages in the amount of $5,000,000 against each of the named defendants for violating his Civil and Constitutional Rights, in their individual and official capacities._

_Grant punitive damages in the amount of $10,000,000 against each of the named defendants in their individual and officials capacities._

_Grant such other and further relief that this court may deem just and proper to which plaintiff may be entitled._

Rev. 01/2010                           5

_____
_____
_____
_____

VI. **Previous lawsuits:**

|On these claims|

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

____ 3. Docket or Index number _____
____ 4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

|On other claims|

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ALVIN PETERSON
Defendants P.O. MATThew Regina, et al.

2. Court (if federal court, name the district; if state court, name the county) _____
U.S. District Court, Southern District of New York

____ 3. Docket or Index number 10-CV-1692 (JSR)(GWG)
____ 4. Name of Judge assigned to your case Honorable Jed Rakoff
5. Approximate date of filing lawsuit March 2010

_Rev. 01/2010_                                6

6. Is the case still pending? Yes ____ No ✓
   If NO, give the approximate date of disposition __May 2013__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __The Case was settled__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of June, 2014

Signature of Plaintiff   Alvin Peterson

~~Inmate Number~~   230 Clinton St. # 13E

~~Institution Address~~   New York, NY 10002

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 25th day of June, 2014 I am delivering this complaint to ~~prison authorities to be mailed~~ the U.S. Marshal model to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Alvin Peterson

Rev. 01/2010                                7

RECEIVED
US OFFICE
2014 JUN 26 A 11: 21



To be filed